JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWEREVOLUTION, a California Corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>GREEN CONVERGENCE, a California Corporation,<br><br>       Defendant. | Case No.:  2:24-cv-08463-AB (MAAx)<br><br>**[PROPOSED]** ORDER DISMISSING ACTION WITH PREJUDICE |
| GREEN CONVERGENCE, a California Corporation,<br><br>       Counter-Claimant,<br><br>       v.<br><br>POWEREVOLUTION, a California Corporation,<br><br>       Counter-Defendant. | |

Pursuant to the parties' stipulation under Fed. R. Civ. P. 41, all parties and claims are hereby **DISMISSED WITH PREJUDICE**. each party is to bear its own attorneys' fees and costs. **IT IS SO ORDERED.**

Dated: May 16, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE